

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00165-CR, 04-15-00166-CR, 04-15-00167-CR, 04-15-00168-CR, 04-15-00169-CR
and 04-14-00170-CR

Richard **DEBENEDETTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1481, A1482, A1483, A1484, A1485, and A1486
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **September 16, 2015**. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court